Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000105
25-JUN-2013
09:06 AM

NO. CAAP-13-0000105

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

LABRADOR B. RIVERA,
Claimant-Appellant,
v.
STATE OF HAWAI'I, DEPARTMENT OF PUBLIC SAFETY,
Employer-Appellee, Self-Insured

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2011-403 (2-76-15278))

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon consideration of the "Stipulation for Dismissal of Appeal Pursuant to HRAP Rule 42(B)," filed June 19, 2013, by Employer-Appellee, Self-Insured State of Hawai'i, Department of Public Safety (Appellee), and the record, it appears that (1) the stipulation is dated and signed by Claimant-Appellant Labrador B. Rivera, pro se, and counsel for Appellee; (2) the parties seek dismissal of the appeal pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b); and (3) the parties agree to bear their own costs and fees on appeal. Therefore,

IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, June 25, 2013.

Chief Judge

Associate Judge

Associate Judge